IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| POWERTRAIN, INC., a Mississippi corporation; TOOL MART, INC., a Mississippi corporation; WOOD SALES COMPANY, INC., a Mississippi Corporation, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>AMERICAN HONDA MOTOR CO., INC., a California corporation, <br><br>　　　　Defendant. | <br><br><br><br><br><br><br><br><br>Civil Action No.: 1:03CV668MD |
| AMERICAN HONDA MOTOR CO., INC., a California corporation, <br><br>　　　　Counterclaimant, <br><br>　v. <br><br>POWERTRAIN, INC., a Mississippi corporation; TOOL MART, INC., a Mississippi Corporation; WOOD SALES COMPANY, INC., a Mississippi Corporation; BEST MACHINERY AND ELECTRICAL, INC.; JOYCE MA, Individually; PUMA CORPORATION or PUMA INDUSTRIES, INC.; CHINA NATIONAL ELECTRONICS IMPORT AND EXPORT ZHEJIANG COMPANY; TONG YONG ENGINE MADING, INC.; OR SHAOXING TONGYONG ENGINE MADING COMPANY, INC. (d/b/a TEBCO; XING YUE GROUP; and ZHEJIANG EVER FINE ELECTRIC APPLIANCE GROUP, LTD., <br><br>　　　　Counterdefendants. | |

## APPLICATION FOR ADMISSION PRO HAC VICE
## UNDER UNIFORM LOCAL RULE 83.1 (A)(2)

Counterdefendants, Best Machinery and Electrical, Inc., Joyce Ma, Individually, and Raymond Buendía, The Law Offices of Raymond Buendía, respectfully submit this application for Raymond Buendía, Esq. to appear *Pro Hac Vice* in the United States District Court for the Northern District of Mississippi in this Action. In support of this application, the undersigned represents and certifies to this Court as follows:

1. Raymond Buendía is an attorney in good standing authorized to practice law in the State of California.

2. Raymond Buendía is an attorney authorized to practice law in the following Federal Courts:

   a. United States District Court for the Southern, Central, and Northern Districts of California;

   b. United States Court of Appeals for the Ninth Circuit;

3. Applicant is currently admitted to practice before each of the courts to which he has ever been admitted

4. Applicant has been retained by Counterdefendants.

5. Applicant's Certificate of Good Standing before the United States District Court for the Southern District of California, as required by Uniform Local Rule 83.1 is attached.

6. Applicant is associated with William R. Wheeler, Jr. #10848, Wheeler & Frank Law Firm P.C., 204 North Spring Street, POB 681 of Tupelo, Mississippi 38802, a member in good standing of this Court.

7. Applicant certifies that he has read and is familiar with the Uniform Local Rules of the Southern and Northern Districts of Mississippi.

8. A proposed form of order is attached.

Respectfully submitted, this the 15 day of September 2005.

*/s/ Raymond Buendía*

RAYMOND BUENDÍA, PRO HAC VICE
The Law Office of Raymond Buendía
110 West C St., Suite 1014
San Diego, CA 92101
Tel: (619) 338-8005
Fax: (619) 338-8011

### CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2005 I electronically filed the foregoing with the clerk of the Court using the EFC system which sent notification of such filing to the following: William Shawn, James E. King, Eric Hatten, John R. Chiles, Steven J. Nataupsky, Matthew S. Bellinger, and Robert D. Gholson.

*/s/ William R. Wheeler, Jr.*

-3-

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA  ss.

I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the Southern District of California,

DO HEREBY CERTIFY That Raymond Buendia was duly admitted to practice in said Court on October 8, 1981, and is in good standing as a member of the bar of said Court

Dated at San Diego, CA

on August 19, 2005

W. SAMUEL HAMRICK, JR.
Clerk

By M Stottlemyer, Deputy Clerk