UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| POWERTRAIN, INC., ET AL | PLAINTIFFS AND COUNTER-DEFENDANTS |
| V. | CIVIL ACTION NO.1:03CV668-M-D |
| AMERICAN HONDA MOTOR CO., INC. | DEFENDANT AND COUNTER-PLAINTIFF |

ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The court has considered the motion to have attorney Raymond Buendia admitted to appear *pro hac vice* (Doc. 214) in the present action representing the counter-defendants Best Machinery and Electrical, Inc. and Joyce Ma. Upon due consideration of this motion and review of the record in this cause, the court finds that the requirements of UNIF. LOC. R. 83.1(2) have been met, and the motion is granted. However, admission *pro hac vice* shall be conditional upon counsel's completion of the process of registration to be served electronically with orders and notices from the court in accordance with FED. R. CIV. P. 5(b)(2)(D) and UNIF. LOC. R. 5.2(A). Attorneys may register electronically by accessing the Attorney Registration site at www.msnd.uscourts.gov/ecf or, alternatively, by printing, executing and mailing or hand-delivering to the Clerk of this Court the Attorney Registration Form attached as Form 1 to the *Administrative Procedures for Electronic Case Filing* in the United States District Court for the Northern District of Mississippi. If counsel has not already completed the registration process,

counsel shall do so on or before October 15, 2005. Counsel shall pay the required $ 25.00 fee for admission *pro hac vice* before entering an appearance herein.

      SO ORDERED this the 22nd day of September, 2005.

                                          /s/ JERRY A. DAVIS
                                          UNITED STATES MAGISTRATE JUDGE