# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

| | |
|---|---|
| POWERTRAIN, INC., a Mississippi corporation; TOOL MART, INC., a Mississippi corporation; WOOD SALES COMPANY, INC., a Mississippi Corporation,<br><br>      **Plaintiffs,**<br><br>  v.<br><br>AMERICAN HONDA MOTOR CO., INC., a California corporation,<br><br>      **Defendant.**<br><br>AMERICAN HONDA MOTOR CO., INC., a California corporation,<br><br>      **Counterclaimant,**<br><br>  v.<br><br>POWERTRAIN, INC., a Mississippi corporation; TOOL MART, INC., a Mississippi corporation; WOOD SALES COMPANY, INC., a Mississippi Corporation; BEST MACHINERY AND ELECTRICAL, INC.; JOYCE MA, Individually; PUMA CORPORATION or PUMA INDUSTRIES, INC.; CHINA NATIONAL ELECTRONICS IMPORT AND EXPORT ZHEJIANG COMPANY; TONG YONG ENGINE MADING, INC. OR SHAOXING TONGYONG ENGINE MADING COMPANY, INC. d/b/a TEBCO; XING YUE GROUP; and ZHEJIANG EVER FINE ELECTRIC APPLIANCE GROUP, LTD.,<br><br>      **Counterdefendants.** | **Civil Action No.: 1:03CV668MD**<br><br><br><br>**COUNTERDEFENDANT BEST MACHINERY & ELECTRICAL, INC'S STATEMENT RE: DISCOVERY ISSUES; NOTICE OF JOINDER; AND AFFIDAVIT OF RAYMOND BUENDIA** |

## **COUNTERDEFENDANT BEST MACHINERY & ELECTRICAL, INC'S STATEMENT RE: DISCOVERY ISSUES AND NOTICE OF JOINDER**

The filing counterdefendants hereby give notice of their joinder with the motions filed by Plaintiff Powertrain, Inc., in anticipation of the Court's hearing set for June 7, 2006, before the Honorable Magistrate Judge Jerry A. Davis.

As is set out in his affidavit, attached hereto, counsel Raymond Buendia sets out some examples of gamesmanship which makes a fair preparation of this matter very difficult.

With all due respect, request is submitted to the Court that any potential consequence to be issued by Court Order be also made to benefit these counterdefendants, if such is the Court's order.

                            Respectfully submitted,

Dated: 5th day of June, 2006.        s/ Raymond Buendia
                                    RAYMOND BUENDIA
                                    Attorney for Best Machinery & Electrical, Inc.

**EXHIBIT 1**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

| | |
|---|---|
| **POWERTRAIN, INC.**, a Mississippi corporation; **TOOL MART, INC.**, a Mississippi corporation; **WOOD SALES COMPANY, INC.**, a Mississippi Corporation,<br><br>    **Plaintiffs**,<br><br>  v.<br><br>**AMERICAN HONDA MOTOR CO., INC.**, a California corporation,<br><br>    **Defendant.**<br><br>**AMERICAN HONDA MOTOR CO., INC.**, a California corporation,<br><br>    **Counterclaimant,**<br><br>  v.<br><br>**POWERTRAIN, INC.**, a Mississippi corporation; **TOOL MART, INC.**, a Mississippi corporation; **WOOD SALES COMPANY, INC.**, a Mississippi Corporation; **BEST MACHINERY AND ELECTRICAL, INC.**; **JOYCE MA**, Individually; **PUMA CORPORATION** or **PUMA INDUSTRIES, INC.**; **CHINA NATIONAL ELECTRONICS IMPORT AND EXPORT ZHEJIANG COMPANY**; **TONG YONG ENGINE MADING, INC.** OR **SHAOXING TONGYONG ENGINE MADING COMPANY, INC.** d/b/a **TEBCO**; **XING YUE GROUP**; and **ZHEJIANG EVER FINE ELECTRIC APPLIANCE GROUP, LTD.**,<br><br>    **Counterdefendants.** | **Civil Action No.: 1:03CV668MD**<br><br><br><br><br><br>**AFFIDAVIT OF RAYMOND BUENDIA** |

4

## **AFFIDAVIT OF RAYMOND BUENDIA**

I, RAYMOND BUENDIA, hereby attest that I have personal knowledge of the facts as recited below and am competent to testify to them in a court of law:

1.  I am a duly licensed attorney at law licensed to practice in the State of California. I have been admitted *Pro Hac Vice* by this Court to represent the counterdefendants Joyce Ma and Best Machinery & Electrical, Inc., both California residents.

2.  Over the approximate past five weeks, since the issuance of the Court's April 25, 2006, discovery order, I have observed and read with interest a busy exchange of emails between counsel for plaintiff Powertrain and counsel for defendant Honda. I have read that communication with care because some of the discovery which is discussed is directly relevant to my clients' best interests.

3.  I have observed that noticed depositions are unilaterally changed by Honda, or suddenly the deponent is unavailable for deposition on the dates noticed. I have relied on certain noticed dates and places which are suddenly changed and announced without prior discussion by Honda.

4.  I have observed that even getting a date for depositions from Honda is matter of uncertainty and planning for travel and preparation are impaired.

5.  I have reviewed reams of documents produced by Honda which disclose apparent important and relevant correspondence which have been produced in unreadable formats. The documents have not been produced in the manner which the documents are kept in the business file, certain emails consisting of more than one page are physically separated and distributed randomly throughout thousands of pages of produced documents. Also, email correspondence is produced with portions missing

or the text left in unintelligible format.

6. All of this maneuvering I have observed is taking precious time from the Court's designated discovery deadlines.

Further affiant sayeth not this 5th day of June, 2006.

                     s/ Raymond Buendia
                 Attorney for Best Machinery & Electrical, Inc.

## **CERTIFICATE OF SERVICE**

      I, Raymond Buendia, the attorney for Counterdefendants, hereby certifies that I have served a true and correct copy of the above and foregoing Counterdefendants Jocye Ma and Best Machinery & Electrical, Inc.'s Statement RE: Issues and Notice of Joinder and Affidavit of Raymond Buendia electronic filing in the adversary proceedings on the following entities on the date subscribed below and as to those not on the electronic mailing list, mailing to the respective addresses occurred on the date below:

- **Matthew S. Bellinger**
msb@kmob.com drausa@kmob.com
- **Taylor A. Cates**
tacates@bpjlaw.com gcody@bpjlaw.com
- **John R. Chiles**
jchiles@burr.com cfalctmail@burr.com
- **Robert D. Gholson**
rgholson@burr.com
- **David E. Goodman**
dgoodman@bpjlaw.com
- **Eric Foster Hatten**
ehatten@burr.com
cfalctmail@burr.com,klowery@burr.com,cmccann@burr.com
- **James E. King**
jking16@sbcglobal.net
wheelerlaw2@bellsouth.net
- **Steven J. Nataupsky**
sjn@kmob.com drausa@kmob.com
- **William H. Shawn**
wshawn@shawncoulson.com

- **Robert H. Walker**
rwalker@wellsmar.com
bnull@wellsmar.com
- **William Rufus Wheeler, Jr**
wheelerlaw@bellsouth.net
wheelerlaw3@bellsouth.net

**Douglas F. Halijan**
BURCH, PORTER & JOHNSON
130 North Court
Memphis, TN 38103

**Howard P. Walthall, Jr**
BURR & FORMAN, LLP
420 North 20th Street
3100 SouthTrust Tower
Birmingham, AL 35203-0719

Dated this 5th day of June, 2006.

                __s/Raymond Buendia_____
                RAYMOND BUENDIA