# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

| | |
|---|---|
| POWERTRAIN, INC., a Mississippi corporation; TOOL MART, INC., a Mississippi corporation; WOOD SALES COMPANY, INC., a Mississippi Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., a California corporation,<br><br>Defendant.<br><br>AMERICAN HONDA MOTOR CO., INC., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>POWERTRAIN, INC., a Mississippi corporation; TOOL MART, INC., a Mississippi corporation; WOOD SALES COMPANY, INC., a Mississippi Corporation; BEST MACHINERY AND ELECTRICAL, INC.; JOYCE MA, Individually; PUMA CORPORATION or PUMA INDUSTRIES, INC.; CHINA NATIONAL ELECTRONICS IMPORT AND EXPORT ZHEJIANG COMPANY; TONG YONG ENGINE MADING, INC. OR SHAOXING TONGYONG ENGINE MADING COMPANY, INC. d/b/a TEBCO; XING YUE GROUP; and ZHEJIANG EVER FINE ELECTRIC APPLIANCE GROUP, LTD.,<br><br>Counterdefendants. | Civil Action No.: 1:03CV668MD<br><br><br><br>MOTION TO BE RELIEVED AS ATTORNEY OF RECORD FOR COUNTERDEFENDANTS BEST MACHINERY & ELECTRICAL, INC'S AND JOYCE MA |

MOTION TO BE RELIEVED AS ATTORNEY OF RECORD FOR COUNTERDEFENDANTS BEST MACHINERY & ELECTRICAL, INC'S AND JOYCE MA

Counsel Raymond Buendia for Counter defendants Joyce Ma ("Ma") and Best Machinery & Electrical, Inc. ("Best") brings this motion to be relieved as attorney of record for them. Said motion is based on the facts as set out below:

**I.**

This matter was filed by Powertrain, Inc., and the named plaintiffs above, asserting certain business torts against defendant Honda on December 16, 2003. Honda then filed a counterclaim on June 9, 2005, naming Joyce Ma and Best as counter defendants. Honda effected service on Best during the early part of August, 2005. With the assistance of counsel, these counterdefendants then answered and filed a counterclaim on September 26, 2005.

Mr. Buendia's Declaration sets out in more detail, to the extent attorney-client confidentiality allows, the circumstances leading to this motion to be relieved as attorney of record for the Counterdefendants Ma and Best.

In summary, counsel has lost communication with Joyce Ma who in addition to being named a party in this matter by defendant Honda, is also the only contact of communication for the corporation Best. Without the attorney-client relationship existing between counsel and Ms. Ma, there is not communication between counsel and the corporate Counterdefendant Best. It is a circumstance which cannot support an effective attorney-client relationship and as well affects the ability to provide effective assistance of counsel in this matter.

Thus, the necessity for the Court to consider this motion and the facts supporting

establishing good cause for granting this motion.

For these reasons the Court should allow allow Mr. Buendia to withdraw as attorney of record for Counterdefendants Ma and Best.

**II.**

**CONCLUSION**

Accordingly, the Court should grant this motion based on the points argued above. There is no prejudice to the Counterdefendants Ma and Best given that the trial date in this matter has been set in August, 2007, and more that sufficient time exists to allow the parties to seek alternate counsel if they so wish.

Respectfully submitted,

Dated: December 5, 2006.          s/ Raymond Buendia
                                  RAYMOND BUENDIA
                                  Attorney for Best Machinery & Electrical, Inc.

## CERTIFICATE OF SERVICE

     I, Raymond Buendia, the attorney for Counterdefendants, hereby certifies that I have served a true and correct copy of the above and foregoing Motion To Be Relieved As Attorney Of Record For Counterdefendants Best Machinery & Electrical, Inc's And Joyce Ma electronic filing in the adversary proceedings on the following entities on the date subscribed below and as to those not on the electronic mailing list, mailing to the respective addresses occurred on the date below:

- **Matthew S. Bellinger**
msb@kmob.com drausa@kmob.com
- **Taylor A. Cates**
tacates@bpjlaw.com gcody@bpjlaw.com
- **John R. Chiles**
jchiles@burr.com cfalctmail@burr.com
- **Robert D. Gholson**
rgholson@burr.com
- **David E. Goodman**
dgoodman@bpjlaw.com
- **Eric Foster Hatten**
ehatten@burr.com
cfalctmail@burr.com,klowery@burr.com,cmccann@burr.com
- **James E. King**
jking16@sbcglobal.net
wheelerlaw2@bellsouth.net
- **Steven J. Nataupsky**
sjn@kmob.com drausa@kmob.com
- **William H. Shawn**
wshawn@shawncoulson.com
- **Robert H. Walker**
rwalker@wellsmar.com
bnull@wellsmar.com

- **William Rufus Wheeler, Jr**
wheelerlaw@bellsouth.net
wheelerlaw3@bellsouth.net

Service by Mail:

**Douglas F. Halijan**
BURCH, PORTER & JOHNSON
130 North Court
Memphis, TN 38103

**Howard P. Walthall, Jr**
BURR & FORMAN, LLP
420 North 20th Street
3100 SouthTrust Tower
Birmingham, AL 35203-0719

**JOYCE MA**
**BEST MACHINERY & ELECTRICAL, Inc.**
10928 West Weaver Ave. Unit B
South El Monte, CA 91733

Dated: December 5, 2006.

                                                           __s/Raymond Buendia_____
                                                           RAYMOND BUENDIA