IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| POWERTRAIN, INC., a Mississippi Corporation; TOOL MART, INC., a Mississippi Corporation; WOOD SALES COMPANY, INC., a Mississippi Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN HONDA MOTOR CO., INC., a California Corporation, <br><br> Defendant. <br> _____ <br> AMERICAN HONDA MOTOR CO., INC., a California Corporation, <br><br> Counterclaimant, <br><br> v. <br><br> POWER TRAIN, INC., a Mississippi Corporation; TOOL MART, INC., a Mississippi Corporation; WOOD SALES COMPANY, INC., a Mississippi Corporation; BEST MACHINERY AND ELECTRICAL, INC.; JOYCE MA, individually; PUMA CORPORATION or PUMA INDUSTRIES, INC.; CHINA NATIONAL ELECTRONICS IMPORT AND EXPORT ZHEJIANG COMPANY; TONG YONG ENGINE MADING, INC., OR SHAOXING TONGYONG ENGINE MADING COMPANY, INC. (dba TEBCO); XING YUE GROUP; and ZHEJIANG EVER FINE ELECTRIC APPLICANCE GROUP, LTD., <br><br> Counterdefendants. <br> _____ | Civil Action No.: 1:03CV668MD <br><br> SUBSTITUTION OF ATTORNEY |

I the undersigned, JOYCE MA, hereby substitute my present attorney, RAYMOND BUENDIA, in lieu and for myself, JOYCE MA, as In Pro Per Counsel. My address and telephone number is:

Joyce Ma
Best Machinery & Electrical, Inc.
10928 West Weaver Avenue, Unit B,
South El Monte, CA 91733
(626) 448-3200

I CONSENT TO AND ACCEPT THIS SUBSTITUTION.

DATED: 2/2 , 2006
JOYCE MA

I CONSENT TO THE ABOVE SUBSTITUTION.

DATED: 2 2 , 2006
RAYMOND BUENDIA

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2007, I electronically filed the foregoing Substitution of Attorney by Joyce Ma with Clerk of the Court using the ECF system which sent notification of such filing to all counsel registered with the ECF system as counsel of record and hereby further certify that the following non-ECF participants were served by mail:

Service by Mail:

| | |
|---|---|
| DOUGLAS F. HALIJAN | JOYCE MA |
| BURCH, PORTER & JOHNSON | Best Machinery & Electrical, Inc. |
| 130 North Court | 10928 West Weaver Avenue, Unit B, |
| Memphis, TN 38103 | South El Monte, CA 91733 |

Dated this 2nd day of February 2007.

S/ Raymond Buendia
RAYMOND BUENDIA, Pro Hac Vice
CA Bar # 94975
110 West C Street, Suite 1014
San Diego, CA 92101
Tel: (619) 338-8005
Fax: (619) 338-8011