UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

POWERTRAIN, INC., et al                                                                 PLAINTIFFS

V.                                                           CIVIL ACTION NO.1:03CV668-MPM-JAD

AMERICAN HONDA MOTOR CO, INC.                                              DEFENDANT

AMERICAN HONDA MOTOR CO., INC.                                        COUNTERCLAIMANT

V.

POWERTRAIN, INC.; et al                                                    COUNTER-DEFENDANTS

## ORDER SUBSTITUTING COUNSEL

The court has considered the motion of the counter-defendant, Best Machinery and Electrical, Inc., to substitute Richard F. Cauley and the law firm of Wang, Hartmann & Gibbs as counsel and to allow Raymond Buendia to withdraw as counsel (Doc. 958). The motion is granted.

IT IS ORDERED that Raymond Buendia is allowed to withdraw as counsel for counter-defendant Best Machinery and Electrical and Richard F. Cauley and the law firm of Wang, Hartmann & Gibbs is substituted.

SO ORDERED this the 13th day of June, 2007.

/s/ JERRY A. DAVIS
UNITED STATES MAGISTRATE JUDGE